# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**HECTOR MUNIZ,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D21-3344

[October 6, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Daliah Weiss, Judge; L.T. Case No. 50-2020-CF-008408-AXXX-MB.

Carey Haughwout, Public Defender, and Malik T. Ramelize, Assistant Public Defender, West Palm Beach, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

MAY, DAMOORGIAN and CIKLIN, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***